E-FILED
Wednesday, 14 December, 2011 08:10:52 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07-30028 |
| | ) | |
| ANTONIO WHITE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

This Court now considers the Agreed Motion to Reduce Sentence (Immediate Release), to which the United States Probation Office and the United States Attorney's Office have no objection. <u>See</u> d/e 19. For the reasons stated therein, the Agreed Motion to Reduce Sentence (Immediate Release) (d/e 19) is GRANTED. An Amended Judgment will be entered with a sentence of time served, but the order shall be stayed for 10 days from the date of entry to allow for the formulation of a release plan. Moreover, this order is subject to the prohibition contained

within United States Sentencing Guideline § 1B1.10(b)(2)(C) (providing that in no event will the reduced term be less than the term already served). The Motion For Retroactive Application of Sentencing Guidelines filed December 1, 2011 (d/e 18) is DENIED AS MOOT.

IT IS SO ORDERED.

ENTERED: December 13, 2011

FOR THE COURT:

                                              s/ Sue E. Myerscough
                                                   SUE E. MYERSCOUGH
                                   UNITED STATES DISTRICT JUDGE